**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                                                  CASE NO.:
                                                                                  CHAPTER 11
POTENZA & VOSBURGH, LLC.

    Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, POTENZA & VOSBURGH, LLC, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): January 18, 2011

2. Names, case numbers and dates of filing of related debtors: None

3. Description of debtor's business: Burger restaurant located at 10511 SW Village Center Drive, Port St Lucie, FL 34987

4. Locations of debtor's operations and whether the business premises are leased or owned: Property leased at 10511 SW Village Center Drive, Port St Lucie, FL 34987

5. Reasons for filing chapter 11: Debtor is in default of a Promissory Note with the Seller of the business and believes it overpaid for the assets of the business. Seller rejected an offer to pay 50% of the most recent annual payment due, with the balance in 60 days.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:
   Brian Fuller – Managing Member
   Carl Dolan – Managing Member

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:
   2009:             ($ -34,250.00) – Purchase date was 12/14/09.
   2010:             $ 455,909.61
   2011: YTD       $ 16,565.49

8. Amounts owed to various creditors:
   a. Obligations owed to priority creditors including priority tax obligations: None
   b. With respect to creditors holding secured claims, the name of and amounts

owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:
Business Financial Services, Inc. – debt is $28,860 and collateral is credit card receivables valued at $1,674.53.

c. Amount of unsecured claims:
Estimated amount of unsecured claims is $120,000.00

9. General description and approximate value of the debtor's assets:
Various restaurant equipment valued at $5,625, plus credit card receivables, FFE, accounts and deposits. Estimated overall value of the assets is $20,186.20

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires; Insurance Policies are in the name of Wicked Burger, LLC

Name: Seneca Specialty
Type: General Liability & Business Contents
Policy No.: BAK1001917
Coverage: 1,000,000.00, Premises 100,000.00, Med 5,000.00, PI 10,000,000, General 1,000,000.00, Products 1,000,000.00, Contents $350,000, 62,000 BI/EE
Expires: 11/24/11

Name: Scottsdale Ins Co
Type: Alcohol
Policy No.: CPS1310417
Coverage: 1,000,000.00
Expires: 11/24/11

11. Number of employees and amounts of wages owed as of petition date: the Debtor has no employees; however, its wholly owned subsidiary of Wicked Burger, LLC has 14 employees. Wages paid by wholly owned operating subsidiary and current as of filing date.

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): None.

13. Anticipated emergency relief to be requested within 14 days from the petition date:
1. Motion to Use Cash Collateral
2. Application to Employ Attorney for Debtor in Possession
3. Application to Employ Accountant for Debtor in Possession

Dated January 18, 2011

*[Signature]*
Signature
Brian Fuller, Managing Member
(Name of Corporate Officer or Authorized Representative)

KELLEY & FULTON, P.L.
Attorneys for Debtor in Possession
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, FL 33401
Tel. No. (561) 491-1200
Fax No. (561) 684-3773

By: /s/ Craig I. Kelley
    CRAIG I. KELLEY, ESQUIRE
    Florida Bar No.: 782203

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.

LF-93 (rev. 12/01/09)

## Service List

Office of US Trustee
51 S.W. First Ave. Room 1204
Miami, Fl. 33130

Potenza & Vosburgh, LLC
1770 SW Newport Isles Blvd
Port Saint Lucie, FL 34953

Business Financial Services, Inc.
3111 N University Dr
Suite 800
Pompano Beach, FL 33065

Cornerstone Neighborhood Bar and Grille
c/o Mark Zollo
10650 SW West Park Ave
Port Saint Lucie, FL 34987

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0140

Harry Winderman, Esq
Weiss, Handler, Angelos & Cornwell, PA
10521 SW Village Center Dr
Suite 101
Port Saint Lucie, FL 34987

Internal Revenue Service
The Honorable Peter Nickles
Atty General United States Dept Justice
Tenth & Constitution
Washington, DC 20530

Internal Revenue Service
The Honorable Jeffrey H. Sloman
Acting US Attorney
99 NE 4th Street
Miami, FL 33132

Internal Revenue Service
Central Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
c/o IRS District Counsel
Claude Pepper Federal Bldg
51 S.W. 1st Ave., 11th Floor
Miami, FL 33130